# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          Case No. 13 B 33222

      Larry L Jones
      Crystal D Harris-Jones
          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/20/2013.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 10/30/2013.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,925.00 |
| Less amount refunded to debtor | $2,535.31 |
| **NET RECEIPTS:** | **$389.69** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $89.69 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$89.69** |

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/R Concepts (Original Creditor:Medical) | Unsecured | 768.00 | NA | NA | 0.00 | 0.00 |
| A/R Concepts (Original Creditor:Medical) | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 6,692.00 | 7,327.32 | 7,327.32 | 100.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 15,804.00 | 13,678.01 | 13,678.01 | 0.00 | 0.00 |
| Ashro | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Ashro | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Bk Of Amer | Unsecured | 3,918.00 | NA | NA | 0.00 | 0.00 |
| Brazos Higher Ed Corp/ | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 1,246.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Cb Usa Inc (Original Creditor:Wellgroup | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc (Original Credito | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 3,770.00 | NA | 4,150.18 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 146.00 | NA | 145.00 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 6,973.55 | NA | 6,973.55 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 7,268.00 | NA | 7,268.00 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 1,761.00 | NA | 1,761.00 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 3,257.00 | NA | 3,257.00 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 3,539.00 | NA | 3,539.00 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 54.00 | NA | 54.00 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 3,858.64 | NA | 3,858.00 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 7,279.34 | NA | 7,279.34 | 0.00 | 0.00 |
| Cook County Real Estate Tax Service | Secured | 6,817.00 | NA | 6,817.00 | 0.00 | 0.00 |
| Credit Management Cont (Original Credit | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A (Original Credito | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services, Inc | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| Eos / Cca (Original Creditor:At T) | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Fhut/Metbk | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Sv (Original Credito | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| Grandpointe | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,627.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 583.00 | 823.86 | 523.86 | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:At T | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 2,136.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 12,593.00 | NA | NA | 0.00 | 0.00 |
| J Stein property tax consultants | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Lvnv Funding Llc (Original Creditor:Idt-MCSI | Unsecured | 1,052.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr (Original Creditor:Medical) | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| Mutl H Cletn (Original Creditor:Medical) | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recvry&Affil (Original Credito | Unsecured | 1,434.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recvry&Affil (Original Credito | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| Progressive Finance | Secured | 332.00 | 2,046.04 | 2,046.04 | 100.00 | 0.00 |
| Rcs/Cvf Consumer Acqui (Original Credit | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial S | Secured | 5,054.00 | NA | 5,054.00 | 100.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| U S Dept Of Ed/Fisl/Ch | Unsecured | 6,518.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 203,586.00 | 209,299.63 | 209,299.63 | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 6,000.00 | 11,316.82 | 6,000.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $209,299.63 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,059.33 | $200.00 | $0.00 |
| All Other Secured | $47,148.11 | $100.00 | $0.00 |
| **TOTAL SECURED:** | **$288,507.07** | **$300.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$523.86** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $89.69 |
| Disbursements to Creditors | $300.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$389.69** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/16/2014                    By: /s/ Marilyn O. Marshall

                                              Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**